**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BARRY THOMPSON, ROGER MORERA, and GREGORY RAYMOND, individually and on behalf of others similarly situated,**

    Plaintiffs,

vs.

**DEALERSHIP MANAGEMENT SERVICES, INC., TT OF BREVARD, INC. d/b/a TOYOTA OF MELBOURNE; TT OF MELBOURNE, INC. d/b/a LEXUS OF MELBOURNE; TIMOTHY PUFFER, individually; CHRISTOPHER HEINZE, individually; and TERRY TAYLOR, individually,**

CASE NO.:   6:14-CV-01592-RBD-DAB

    Defendants.   _____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

 **X**   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

    **Case No. 05-2014-CA-038293**, *B Thompson vs. Dealership MGMT*; Brevard County, Florida Circuit Civil Division.

\_\_\_IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    Respectfully submitted this 13th day of October, 2014.

                                                **/s/ Christina J. Thomas**
                                                Christina J. Thomas, Esq.
                                                Florida Bar No. 0074846
                                                Morgan & Morgan, P.A.
                                                20 N. Orange Ave., 14th Floor
                                                Orlando, Florida 32801
                                                Telephone: (407) 420-1414
                                                Facsimile:  (407) 245-3487
                                                Email: CThomas@forthepeople.com
                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/ Christina J. Thomas**
Christina J. Thomas, Esq.