# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BARRY THOMPSON, ROGER MORERA, and GREGORY RAYMOND, individually and on behalf of others similarly situated,**

      **Plaintiffs,**

**vs.**

**DEALERSHIP MANAGEMENT SERVICES, INC., TT OF BREVARD, INC. d/b/a TOYOTA OF MELBOURNE; TT OF MELBOURNE, INC. d/b/a LEXUS OF MELBOURNE; TIMOTHY PUFFER, individually; CHRISTOPHER HEINZE, individually; and TERRY TAYLOR, individually,**

      **CASE NO.:  6:14-CV-01592-RBD-DAB**

      **Defendants.**              **/**

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

      I HEREBY DISCLOSE the following pursuant to this Court's interested persons order:

1)      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      A.  Barry Thompson, *Plaintiff*

      B.  Roger Morera, *Plaintiff*

      C.  Gregory Raymond, *Plaintiff*

      D.  Arthur Flowers, *Plaintiff*

E.   Charles Gandy, *Plaintiff*

F.   Carlton Pellew, *Plaintiff*

G.   Jarvis Jorden, *Plaintiff*

H.   Joshua Pittman, *Plaintiff*

I.   Katavion Brown, *Plaintiff*

J.   Marvell Cunningham, *Plaintiff*

K.   Quinton Douglas, *Plaintiff*

L.   Andre Hall, *Plaintiff*

M.   James Hillman, *Plaintiff*

N.   Alderius Cunningham, *Plaintiff*

O.   Tony Morgan, *Plaintiff*

P.   Negail Wright, *Plaintiff*

Q.   All other persons similarly situated to the named Plaintiff

R.   Dealership Management Services, Inc., *Defendant*

S.   TT of Brevard, Inc., *Defendant*

T.   TT of Melbourne, Inc., *Defendant*

U.   Timothy Puffer, *Defendant*

V.   Christopher Heinze, *Defendant*

W.   Terry Taylor, *Defendant*

X.   Morgan & Morgan PA., *Counsel for Plaintiff*

Y.   Christina J. Thomas, Esq., *Counsel for Plaintiff*

Z.   Ryan Morgan, Esq., *Counsel for Plaintiff*

AA.      Moore Eavenson, PLC, *Counsel for Defendant*

BB.    Trizia Eavenson, Esq., *Counsel for Defendant*

CC.    Atherton Law Group, P.A. *Counsel for Defendant*

DD.    Harris Nizel, Esq., *Counsel for Defendnat*

EE.    Scott Atherton,  Esq., *Counsel for Defendant*

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

A.    None other than those specified in response No. 1 above

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

A.    None other than those specified in response No. 1 above

4)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

A.    Barry Thompson, *Plaintiff*

B.    Roger Morera, *Plaintiff*

C.    Gregory Raymond, *Plaintiff*

D.    Arthur Flowers, *Plaintiff*

E.    Charles Gandy, *Plaintiff*

F.    Carlton Pellew, *Plaintiff*

G.    Jarvis Jorden, *Plaintiff*

H.    Joshua Pittman, *Plaintiff*

I.    Katavion Brown, *Plaintiff*

J.    Marvell Cunningham, *Plaintiff*

K.   Quinton Douglas, *Plaintiff*

L.   Andre Hall, *Plaintiff*

M.   James Hillman, *Plaintiff*

N.   Alderius Cunningham, *Plaintiff*

O.   Tony Morgan, *Plaintiff*

P.   Negail Wright, *Plaintiff*

Q.   All other persons similarly situated to the named Plaintiff

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 13th day of October, 2014,

**/s/ CHRISTINA THOMAS**
Christina J. Thomas, Esq.
Florida Bar No. 0074846
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3487
Email: CThomas@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2014, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system.

**<u>/s/ Christina J. Thomas</u>**
Christina J. Thomas, Esq.