UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BARRY THOMPSON, ROGER
MORERA, and GREGORY
RAYMOND, individually and
on behalf of others similarly situated,

      Plaintiffs,

v.                            CASE NO.: 6:14-cv-01592-RBD-DAB

DEALERSHIP MANAGEMENT
SERVICES, INC., TT OF BREVARD,
INC. d/b/a TOYOTA OF MELBOURNE;
TT OF MELBOURNE, INC. d/b/a
LEXUS OF MELBOURNE; TIMOTHY
PUFFER, individually; CHRISTOPHER
HEINZE, individually; T.R. PAIGE,
individually; and TERRY TAYLOR,
individually,

      Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

A. Barry Thompson, *Plaintiff*

B. Roger Morera, *Plaintiff*

C. Gregory Raymond, *Plaintiff*

D. Arthur Flowers, *Plaintiff*

E. Charles Gandy, *Plaintiff*

F. Carlton Pellew, *Plaintiff*

G. Jarvis Jorden, *Plaintiff*

H. Joshua Pittman, *Plaintiff*

I. Katavion Brown, *Plaintiff*

J. Marvell Cunningham, *Plaintiff*

K. Quinton Douglas, *Plaintiff*

L. Andre Hall, *Plaintiff*

M. James Hillman, *Plaintiff*

N. Alderius Cunningham, *Plaintiff*

O. Tony Morgan, *Plaintiff*

P. Negail Wright, *Plaintiff*

Q. Dealership Management Services, Inc., *Defendant*

R. TT of Brevard, Inc., *Defendant*

S. TT of Melbourne, Inc., *Defendant*

T. Timothy Puffer, *Defendant*

U. Christopher Heinze, *Defendant*

V. T.R. Page, *Defendant*

W. Terry Taylor, *Defendant*

X. Morgan & Morgan PA., *Counsel for Plaintiff*

Y. Christina J. Thomas, Esq., *Counsel for Plaintiff*

Z. Ryan Morgan, Esq., *Counsel for Plaintiff*

AA. Moore Eavenson Baughan, PLC, *Counsel for Defendant*

BB. Trizia Eavenson, Esq., *Counsel for Defendant*

CC. Ogletree Deakins, *Counsel for Defendant*

DD. Daniel Turner, Esq., *Counsel for Defendant*

EE. Atherton Law Group, P.A. *Counsel for Defendant*

FF. Scott Atherton, Esq., *Counsel for Defendant*

GG. Harris Nizel, Esq., *Counsel for Defendant*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

NONE.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

NONE.

4. The name of each alleged victim (individual or corporate), including every person who may be entitled to restitution:

A. Barry Thompson, *Plaintiff*

B. Roger Morera, *Plaintiff*

C. Gregory Raymond, *Plaintiff*

D. Arthur Flowers, *Plaintiff*

E. Charles Gandy, *Plaintiff*

F. Carlton Pellew, *Plaintiff*

G. Jarvis Jorden, *Plaintiff*

H. Joshua Pittman, *Plaintiff*

I. Katavion Brown, *Plaintiff*

J. Marvell Cunningham, *Plaintiff*

K. Quinton Douglas, *Plaintiff*

L. Andre Hall, *Plaintiff*

M. James Hillman, *Plaintiff*

N. Alderius Cunningham, *Plaintiff*

O. Tony Morgan, *Plaintiff*

P. Negail Wright, *Plaintiff*

5. Check one of the following:

**X** I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

-or-

___ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: N/A

DATED: October 17, 2014.

    Respectfully submitted,

    S/ TRIZIA G. EAVENSON
Trizia G. Eavenson, Esquire
Florida Bar No.: 64264
*Attorneys for Defendants, Dealership Management Services, Inc. ("DMS") and Timothy Puffer*
MOORE EAVENSON BAUGHAN, PLC
895 Barton Blvd., Suite B
Rockledge, FL 32955
Telephone: (321) 636-2221
Fax: (321) 636-2224
E-mail: Trizia@MEBlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 17, 2014, true and correct copies of the foregoing documents were sent via electronic mail to the following:

C. Ryan Morgan, Esquire
Florida Bar. No. 15527
Christina J. Thomas, Esquire
Florida Bar No. 74846
*Attorneys for Plaintiffs*
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, 14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Fax: (407) 245-3401
E-Mail: CThomas@ForThePeople.com
E-Mail: RMorgan@ForThePeople.com

Scott Atherton, Esquire
Florida Bar No.: 749591
Harris Nizel, Esquire
Florida Bar No.: 807931
*Attorneys for Defendants,*
*TT of Brevard, Inc. d/b/a Toyota of Melbourne;*
*TT of Melbourne, Inc. d/b/a Lexus of Melbourne;*
*Christopher Heinze, individually; T.R. Paige, individually;*
*and Terry Taylor, individually*
Atherton Law Group
224 Datura St., Suite 185
West Palm Beach, Florida 33401
Phone: (561) 293-2530 Ext. 1003
Fax: (561) 293-2593
Harris@Athertonlg.com
Scott@Athertonlg.com

        S/ TRIZIA G. EAVENSON
        Trizia G. Eavenson, Esquire
        Florida Bar No.: 64264
        *Attorneys for Defendants, Dealership Management*
        *Services, Inc. ("DMS") and Timothy Puffer*
        MOORE EAVENSON BAUGHAN, PLC
        895 Barton Blvd , Suite B
        Rockledge, FL 32955
        Telephone: (321) 636-2221
        Fax: (321) 636-2224
        E-mail: Trizia@MEBlawfirm.com