BARRY THOMPSON, ROGER
MORERA, and GREGORY
RAYMOND, individually and
on behalf of others similarly situated,

               Plaintiffs,                       **Case No: 6:14-cv-1592-Orl-37DAB**

v.

DEALERSHIP MANAGEMENT
SERVICES, INC., TT OF BREVARD,
INC. d/b/a TOYOTA OF MELBOURNE;
TT OF MELBOURNE, INC. d/b/a
LEXUS OF MELBOURNE,

               Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT BY DEFENDANTS TT OF BREVARD, INC. AND TT OF MELBOURNE, INC.

      Defendants TT OF BREVARD, INC. AND TT OF MELBOURNE, INC. (hereinafter collectively referred to as "Defendants") hereby file their Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint [D.E. 24] (the "Complaint") and state:

### INTRODUCTION

      1.      Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

      2.      Defendants admit they each operate a car dealership. Defendants deny all other allegations contained in this paragraph.

      3.      Defendant TT OF BREVARD, INC. admits it sells Toyota vehicles. Defendant TT OF MELBOURNE, INC. admits it sells Lexus vehicles. Defendants are without knowledge and therefore deny all other allegations contained in this paragraph.

4. Defendants deny the allegations contained in this paragraph.

5. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

6. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

7. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

8. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

9. Defendants deny the allegations contained in this paragraph.

10. Defendants deny the allegations contained in this paragraph.

11. Defendants deny the allegations contained in this paragraph.

12. Defendants admit that Plaintiffs have filed a purported FLSA action, but deny all other allegations contained in this paragraph.

13. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

14. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

## **VENUE AND JURISDICTION**

15. Defendants admit the allegations contained in this paragraph.

16. Defendants admit that venue is proper in Brevard County, but deny all other allegations contained in this paragraph.

17. Defendants admit the allegations contained in this paragraph.

18.     Defendants admit the allegations contained in this paragraph.

## STATEMENT OF FACTS

19.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

20.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

21.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

22.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

23.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

24.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

25.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

26.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

27.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

28.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

29.     Defendants admit they contract with DMS to provide car washing and detailing services to their customers, but deny all other allegations contained in this paragraph.

30.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

31.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

32.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

33.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

34.     Defendants admit the allegations contained in this paragraph.

35.     Defendants admit that TOM was registered with the Florida Department of State in 2006.

36.     Defendants admit the allegations contained in this paragraph.

37.     Defendants admit they each have employed two or more employees since 2006, but deny all other allegations contained in this paragraph.

38.     Defendants admit the allegations contained in this paragraph.

39.     Defendants admit the allegations contained in this paragraph.

40.     Defendants admit the allegations contained in this paragraph.

41.     Defendants admit the allegations contained in this paragraph.

42.     Defendants admit they contract with DMS to provide car washing and detailing services to their customers, but deny all other allegations contained in this paragraph.

43.     Defendants admit the referenced individuals are neither paid by TOM nor employed by TOM.  Defendants are without knowledge and therefore deny all other allegations contained in this paragraph.

44.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

45.     Defendants admit that at least some of the people who currently wash and detail cars at TOM's dealership wear shirts containing the Toyota logo.

46.     Defendants admit that at least some of the people who currently wash and detail cars at TOM's dealership wear shirts containing the DMS logo.

47.     Defendants admit that on November 7, 2014, the cited web site lists the hours described in this paragraph.  Defendants otherwise deny the allegations contained in this paragraph.

48.     Defendants admit that on November 7, 2014, the cited web site lists the hours described in this paragraph.  Defendants otherwise deny the allegations contained in this paragraph.

49.     Defendants admits they contract with DMS to offer the services described in this paragraph.

50.     Defendants admit the allegations contained in this paragraph.

51.     Defendants admit that Heize is presently the general manager of TOM.

52.     Defendants deny the allegations contained in this paragraph.

53.     Defendants deny the allegations contained in this paragraph.

54.     Defendants admit that Heinze currently participates in the formulation of TOM company policies and procedures.  Defendants are without knowledge and therefore deny the other allegations contained in this paragraph.

55.     Defendants deny the allegations contained in this paragraph.

56.     Defendants deny the allegations contained in this paragraph.

57.     Defendants admit the allegations contained in this paragraph.

58.     Defendants admit that LOM was registered with the Florida Department of State in 2006.

59.     Defendants admit the allegations contained in this paragraph.

60.     Defendants admit they each have employed two or more employees since 2006, but deny all other allegations contained in this paragraph.

61.     Defendants admit the allegations contained in this paragraph.

62.     Defendants admit the allegations contained in this paragraph.

63.     Defendants admit the allegations contained in this paragraph.

64.     Defendants admit the allegations contained in this paragraph.

65.     Defendants admit they contract with DMS to provide car washing and detailing services to their customers, but deny all other allegations contained in this paragraph.

66.     Defendants admit the referenced individuals are neither paid by LOM nor employed by LOM.  Defendants are without knowledge and therefore deny all other allegations contained in this paragraph.

67.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

68.     Defendants deny the allegations contained in this paragraph.

69.     Defendants admit that at least some of the people who currently wash and detail cars at LOM's dealership wear shirts containing the DMS logo.

70.     Defendants admit that on November 7, 2014, the cited web site lists the hours described in this paragraph. Defendants otherwise deny the allegations contained in this paragraph.

71.     Defendants admit that on November 7, 2014, the cited web site lists the hours described in this paragraph. Defendants otherwise deny the allegations contained in this paragraph.

72.     Defendants admits they contract with DMS to offer the services described in this paragraph.

73.     Defendants admit that Paige is presently the general manager of LOM.

74.     Defendants admit that Paige is presently the general manager of TOM.

75.     Defendants deny the allegations contained in this paragraph.

76.     Defendants deny the allegations contained in this paragraph.

77.     Defendants admit that Paige currently participates in the formulation of LOM company policies and procedures. Defendants are without knowledge and therefore deny the other allegations contained in this paragraph.

78.     Defendants deny the allegations contained in this paragraph.

79.     Defendants deny the allegations contained in this paragraph.

80.     Defendants admit the allegations contained in this paragraph.

81.     Defendants admit the allegations contained in this paragraph.

82.     Defendants admit the Florida Department of State website reflects the mailing address for TOM contained in this paragraph.

83. Defendants admit the Florida Department of State website reflects the mailing address for LOM contained in this paragraph.

84. Defendants deny the allegations contained in this paragraph.

85. Defendants admit the allegations contained in this paragraph.

86. Defendants admit the allegations contained in this paragraph.

87. Defendants admit the allegations contained in this paragraph.

88. Defendants admit the allegations contained in this paragraph.

89. Defendants admit that TOM and LOM subscribe to the same web service provider, but otherwise deny the allegations contained in this paragraph.

90. Defendants deny the allegations contained in this paragraph.

91. Defendants deny the allegations contained in this paragraph.

92. Defendants deny the allegations contained in this paragraph.

93. Defendants deny the allegations contained in this paragraph.

94. Defendants deny the allegations contained in this paragraph.

95. Defendants deny the allegations contained in this paragraph.

96. Defendants deny the allegations contained in this paragraph.

97. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

98. Defendants admit that LOM is a Lexus dealer and TOM is a Toyota dealer.

99. Defendants admit they each have contracts with DMS that include the washing and detailing of vehicles. Defendants deny all other allegations contained in this paragraph.

100. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

101.     Defendants deny the allegations contained in this paragraph.

102.     Defendants deny the allegations contained in this paragraph.

103.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

104.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

105.     Defendants deny the allegations contained in this paragraph.

## **PLAINTIFFS**

106.     Defendants deny the allegations contained in this paragraph.

107.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

108.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

109.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

110.     Defendants deny the allegations contained in this paragraph as they relate to Christopher Heinze.  Defendants are without knowledge and therefore deny all other allegations contained in this paragraph.

111.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

112.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

113.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

114.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

115.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

116.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

117.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

118.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

119.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

120.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

121.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

122.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

123.    Defendants deny the allegations contained in this paragraph.

124.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

125.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

126.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

127.     Defendants deny the allegations contained in this paragraph as they relate to Christopher Heinze and T.R. Paige.  Defendants are without knowledge and therefore deny all other allegations contained in this paragraph.

128.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

129.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

130.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

131.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

132.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

133.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

134.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

135.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

136.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

137.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

138.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

139.    Defendants deny the allegations contained in this paragraph.

140.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

141.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

142.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

143.    Defendants deny the allegations contained in this paragraph as they relate to Christopher Heinze. Defendants are without knowledge and therefore deny all other allegations contained in this paragraph.

144.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

145.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

146.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

147.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

148.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

149.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

150.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

151.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

152.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

153.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

154.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

155.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

156.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

157.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

158.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

159.     Defendants deny the allegations contained in this paragraph.

160.     Defendants deny the allegations contained in this paragraph.

161.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

162.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

163.     Defendants deny the allegations contained in this paragraph.

164.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

165.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

166.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

167.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

168.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

169.     Defendants deny the allegations contained in this paragraph.

170.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

171.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

## **DEFENDANTS' UNLAWFUL PAY AND RECORDKEEPING POLICIES**

172.     Defendants deny the allegations contained in this paragraph.

173.     Defendants deny the allegations contained in this paragraph.

174.     Defendants deny the allegations contained in this paragraph.

175.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

176.     Defendants deny the allegations contained in this paragraph.

177.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

178.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

179.     Defendants deny the allegations contained in this paragraph.

180.     Defendants deny the allegations contained in this paragraph.

181.     Defendants deny the allegations contained in this paragraph.

182.     Defendants deny the allegations contained in this paragraph.

183.     Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

## **COUNT I – UNPAID MINIMUM WAGES**

184.     Defendants incorporate their responses to paragraphs 1 through 183 above as if fully set forth herein.

185.     Defendants deny the allegations contained in this paragraph.

186. Defendants deny the allegations contained in this paragraph.

187. Defendants deny the allegations contained in this paragraph.

188. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

189. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

190. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

191. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

192. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

193. Defendants deny the allegations contained in this paragraph.

194. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

195. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

196. Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

197. Defendants deny the allegations contained in this paragraph.

198. Defendants deny the allegations contained in this paragraph.

## COUNT II – UNPAID OVERTIME WAGES

199.    Defendants incorporate their responses to paragraphs 1 through 183 above as if fully set forth herein.

200.    Defendants deny the allegations contained in this paragraph.

201.    Defendants deny the allegations contained in this paragraph.

202.    Defendants deny the allegations contained in this paragraph.

203.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

204.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

205.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

206.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

207.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

208.    Defendants deny the allegations contained in this paragraph.

209.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

210.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

211.    Defendants are without knowledge and therefore deny the allegations contained in this paragraph.

212. Defendants deny the allegations contained in this paragraph.

213. Defendants deny the allegations contained in this paragraph.

Any allegation which was not specifically admitted above is hereby expressly denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Some or all of the claims asserted in the Complaint fail to state a claim upon which relief may be granted against Defendants by this Court.

### SECOND AFFIRMATIVE DEFENSE

Some or all of the claims asserted in the Complaint are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Defendants did not employ, direct, or supervise Plaintiffs and did not exercise any control over Plaintiffs' work and their profit or loss opportunities.

### FOURTH AFFIRMATIVE DEFENSE

Any act(s) and/or omission(s) which may be found to be in violation of the rights afforded by the FLSA and/or other applicable law (the existence of which are expressly denied) were not willful, but occurred in good faith and were based upon reasonable factors.

### FIFTH AFFIRMATIVE DEFENSE

Some or all of the claims in the Complaint are barred in whole or in part by the doctrine of avoidable consequences.

## SIXTH AFFIRMATIVE DEFENSE

Defendants did not employ any of the Plaintiffs. Rather, Defendants TT OF BREVARD, INC. and TT OF MELBOURNE, INC. contracted with DMS to provide certain car washing services. To the extent the Court may find any of Plaintiffs' causes of action applicable to the Defendants, which applicability Defendants expressly deny, Defendants hereby incorporate the applicable Affirmative Defenses contained in DMS's Answer to Plaintiffs' First Amended Complaint.

Defendants reserve the right to supplement or amend the above affirmative defenses after discovery commences.

By raising certain matters as defenses, Defendants do not thereby assume the burden of proof with respect to those matters to the extent that they are not defenses, but rather an element of Plaintiffs' claims.

WHEREFORE, Defendants request that this Court dismiss Plaintiffs' claims with prejudice, enter judgment in favor of the Defendants, award Defendants their costs and disbursements pursuant to the FLSA as well as their reasonable attorneys' fees, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted this 7th day of November, 2014.

**By: /s/ Scott W. Atherton**
SCOTT W. ATHERTON, ESQ.
Florida Bar No. 749591
scott@athertonlg.com
ATHERTON LAW GROUP, P.A.
224 Datura Street #815
West Palm Beach, Florida 33401
Phone: 561-293-2530
Facsimile: 561-293-2593
*Attorney for Defendants TT OF BREVARD INC. and*
*TT OF MELBOURNE, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2014 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record in the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*By: /s/ Scott W. Atherton*
SCOTT W. ATHERTON, ESQ.
Florida Bar No. 749591

**SERVICE LIST**

**C. Ryan Morgan**
Florida Bar. No. 15527
MORGAN & MORGAN, P.A.
20 N. Orange Avenue
14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Fax: (407) 245-3401
E-mail: rmorgan@forthepeople.com

**Christina J. Thomas**
Florida Bar No. 74846
MORGAN & MORGAN, P.A.
20 N. Orange Avenue
14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Fax: (407) 245-3401
E-Mail: CThomas@ForThePeople.com

**Hunter Alston Higdon**
Florida Bar No. 85963
MORGAN & MORGAN, P.A.
20 N. Orange Avenue
14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Fax: (407) 245-3412
E-Mail: hhigdon@forthepeople.com
*Attorneys for Plaintiffs*

**Trizia G. Eavenson**
Florida Bar No.: 64264
E-mail: Trizia@MEBlawfirm.com
MOORE EAVENSON BAUGHAN, PLC
895 Barton Blvd
Suite B
Rockledge, FL 32955
Telephone:  (321) 636-2221
Facsimile:   (321) 636-2224
*Attorneys for Defendant Dealer Management Services, Inc.*